# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# MISCELLANEOUS ACTION NO. 3:22-MC-00128-GCM-DSC

IN RE AZIZ HAANO BEY,

Movant.

**THIS MATTER** comes before the Court on the miscellaneous filing made by Aziz Haano Bey. The filing includes an "Affidavit of Life," averring that Haano is "still alive and breathing," and that he "has not surrendered nor abandoned any claims of life nor of any claims of estate." ECF No. 1 at 2. The affiant's signature is accompanied by a bloody thumbprint. Haano encloses what appears to be a page from a legal encyclopedia, a printout of an English law from 1666, and a "schedule of fees," including charges for "unauthorized citations" ($10,000), "fingerprinting" ($50,000), and "interference with travel" ($2,000 per minute after a warning). An additional 19 pages follow in the filing which are largely indecipherable.

This filing is utterly frivolous and bears the hallmarks of a sovereign citizen-style pleading. *See generally United States v. Mitchell*, 405 F. Supp. 2d 602, 605 (D. Md. 2005) (explaining sovereign citizen arguments). The Court will accordingly dismiss this case as frivolous. Haano is warned that future such filings may result in monetary sanctions or in the imposition of a pre-filing review system.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED AS FRIVOLOUS**.

**SO ORDERED**.

Signed: August 25, 2022

Graham C. Mullen
United States District Judge