# United States District Court
# Western District of North Carolina
# Charlotte Division

**<u>In Re:</u>  Aziz Haano**             )             JUDGMENT IN CASE
                                          )

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2022 Order.

August 25, 2022

_____
Frank G. Johns, Clerk
United States District Court